**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Jarone Scandrick

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

\- against -

A&E Logistics, LLC

Hernan A Porras
Paul Quintero

_____

_____

_____

_____

_____

**COMPLAINT**

Jury Trial: ☐ Yes    ☐ No

_(check one)_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name            Jarone Scandrick
             Street Address   1609 Linda way sw
             County, City     Atlanta, GA
             State & Zip Code GA 30310
             Telephone Number 470-390-8799

_Rev. 10/2009_



B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Hernan A Porras

Street Address 1020 Spring garden

County, City Allentown

State & Zip Code PA    18102

Defendant No. 2

Name Paul Quintero

Street Address 1020 Spring garden

County, City Allentown

State & Zip Code 18102

Defendant No. 3

Name

Street Address

County, City

State & Zip Code

Defendant No. 4

Name

Street Address

County, City

State & Zip Code

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*
      Q   Federal Questions          Q   Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

*Rev. 10/2009*                                    - 2 -

Scanned with
CS CamScanner

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Jacobs Engineering 1 Perimeter Park S Suite 315 N Birmingham, AL 35243

B.    What date and approximate time did the events giving rise to your claim(s) occur? 09-25-23 9Am

C.    Facts: I'm a independent contractor with my own Sprinter Van. I was hired by A&E Logistic to pick up a load From Jacob Engineering an Deliver the load to RPM 1829 Capital Blvd suite 123 Raleigh, NC 27604 A&E agreed to pay me $500.00 for the delivery Job. I complete the delivery Sent in Signed documents an I've never been paid for my service's. After day's and months of sending in emails, calls requesting payments A&E Logistic refused to pay. The Accounting department always lying telling me they will deposit it in my bank account today and never deposit money owe to me, I have documents and pictures of delivery

*(margin labels:)* What happened to you?    Who did what?    Was anyone else involved?    Who else saw what happened?

Scanned with CamScanner

IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I have missed time off work Been late on rent and stress to the point I don't know what to do, I file a lawsuit in the state of Georgia. A&E Logistic had another owner that passed away. Paid Court cost $90

V.    Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like the courts to award me $ 3,700⁰⁰ I live in Atlanta, GA so i would have to fly for court appearance And A&E logistic needs to be responsible for that.

Rev. 10/2009

- 4 -

Scanned with
CS CamScanner

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this **29** day of _January_ , 20 **25**.

Signature of Plaintiff _(signature)_
Mailing Address _1609 Linda way sw_
_Atlanta, GA 30310_

Telephone Number _470-390-8799_
Fax Number *(if you have one)* _____
E-mail Address _Jswift890@Yahoo.com_

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

<u>For Prisoners:</u>

I declare under penalty of perjury that on this ____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _(signature)_
Inmate Number _____

Scanned with CamScanner

**FROM:**

Jarone Scandrick
1609 Linda way sw
Atlanta, GA 30310

RECD FEB - 4 2025

**UNITED STATES POSTAL SERVICE.**  **Retail**

**G**  **US POSTAGE PAID**
**$6.30**  Origin: 30310
01/29/25
1204860012-32

**USPS GROUND ADVANTAGE®**

0 Lb 6.70 Oz

**RDC 01**

C017

SHIP TO:
504 HAMILTON ST
ALLENTOWN PA 18101-1518



**USPS TRACKING® #**



9500 1121 1687 5029 5728 18



**Mailer**

**TO:**

Edward N. Cahn U.S. Courthouse
504 W. Hamilton St
Allentown, PA 18101

Ready**P**ost.